**Petition for Writ of Mandamus Denied and Memorandum Opinion filed September 18, 2024.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-24-00673-CV

---

## IN RE MESA IRREVOCABLE TRUST, JUSTIN COX, SPECIAL TRUSTEE AND JOSHUA COTTLE, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 202262317**

---

## MEMORANDUM OPINION

On Thursday, September 12, 2024, relators Mesa Irrevocable Trust, Justin Cox, Special Trustee, and Joshua Cottle filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Jaclanel McFarland,

presiding judge of the 133rd District Court of Harris County, to vacate the trial court's January 29, 2024 "Order on Defendant Bryan Cooper's Verified Partially Agreed Emergency Motion for Temporary Seal and Motion for Sanctions."

Relators have not demonstrated they are entitled to mandamus relief. We deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.